UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYRIL J. ZARA, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3919** |
| **JACK STRAIN, JR., SHERIFF OF PARISH OF ST. TAMMANY, ET AL.** | **SECTION: "S"(1)** |

**O R D E R**

At the Court's invitation, plaintiff has submitted a motion for sanctions for the discovery abuses in this case committed by R. Bradley Lewis, defendant's former counsel. Rec. Doc. 49. However, in light of defendant's memorandum in opposition to that motion, Rec. Doc. 56, the Court, upon reflection, declines to impose sanctions.

That decision is not to be interpreted as an indication that Mr. Lewis's actions were appropriate. They were not. His failure to meet his professional obligations unnecessarily prolonged resolution of this matter and was costly in terms of both time and money to plaintiff and the Court.

The decision also is not to be interpreted as an indication that the Court accepts defendant's assertion that Mr. Lewis has over the years "consistently maintained an extremely high level of professionalism and respectful dealings with the courts, with opposing counsel, and with litigants both represented and pro se." Rec. Doc. 56, p. 3. That has not been the undersigned's experience

with Mr. Lewis.  Moreover, although Mr. Lewis did in fact normally prevail in his cases in this Court, it was more often despite the quality of his representation rather than due to it.[1]

That said, Mr. Lewis was apparently coping with significant personal issues during the course of this litigation, and, viewed generously, his failings here were perhaps the result of negligence rather than bad faith.  That fact, coupled with the fact that Mr. Lewis has recently retired, suggests that it is better to forego the imposition of sanctions in this case.

Considering the effort that went into the filing of plaintiff's motion, the Court apologizes for inviting a motion which it now denies.  However, the Court trusts that plaintiff's counsel shares the belief that justice is not served by awarding sanctions for failings which were perhaps understandable, even if not excusable, and which are unlikely to be repeated in light of Mr. Lewis's retirement.

Accordingly, for the foregoing reasons, plaintiff's motion is **DENIED**.

New Orleans, Louisiana, this twentieth day of April, 2011.

**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that the pleadings filed by defendant's new counsel, Gary Hanes, have been uniformly professional and timely.  The undersigned looks forward to working with him.